In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v NYDIA RIVERA et al., Appellants.

Submitted March 6, 2009; decided April 2, 2009

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.